EHRLICH & BROTHER *et al. v.* SHUPTRINE *et al.*

SIMMONS, C. J.   As a city court has no jurisdiction to grant affirmative equitable relief, it can not entertain a proceeding to set aside an assignment.   If the assignment is void on its face, it is unnecessary to resort to any proceeding, legal or equitable, to have it so declared ; if for other reasons it should be set aside, the proceeding therefor should be brought in a court having equitable jurisdiction.          *Judgment affirmed.   All the Justices concur.*

Argued June 9,—Decided June 29, 1903.

Petition to vacate assignment.    Before Judge Bower.    City court of Bainbridge.    September 4, 1902.

*Townsend & Westmoreland,* for plaintiffs.
*A. H. & R. B. Russell* and *R. W. Fleming,* for defendants.